TROUTMAN PEPPER HAMILTON
SANDERS LLP
Ben Lewis Wagner, Bar No. 243594
ben.wagner@troutman.com
11682 El Camino Real
Suite 400
San Diego, CA  92130-2092
Telephone: 858.509.6000
Facsimile:  858.509.6040

Attorneys for Plaintiff
THE MANNA KO GROUP, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

THE MANNA KO GROUP, INC., a
California corporation,

                    Plaintiff,

v.

THE HOLLIS COMPANY, LLC, a
Texas corporation; RACHEL
HOLLIS, an Individual; and DAVID
HOLLIS, an Individual,

                    Defendants.

Case No.  '20 CV 1798 WQH MSB

**COMPLAINT FOR FEDERAL
REGISTERED TRADEMARK
INFRINGEMENT UNDER 15 U.S.C.
§ 1114; FEDERAL UNFAIR
COMPETITION UNDER 15 U.S.C.
§ 1125; AND FEDERAL COMMON
LAW TRADEMARK
INFRINGEMENT**

JURY DEMANDED

COMPLAINT

COMES NOW the Plaintiff, The Manna Ko Group, Inc. ("Manna For Life"), by counsel, and as for its Complaint against the Defendants The Hollis Company, LLC, Rachel Hollis, and David Hollis (collectively referred to as "Hollis Co."), Manna For Life alleges as follows:

## **PRELIMINARY STATEMENT**

1.     For over five years, Manna Ko, CEO and Founder of The Manna Ko Group, Inc. d/b/a Manna For Life®, has been continuously and exclusively using the MADE FOR MORE mark on behalf of Manna For Life throughout the United States and globally to inspire others with her proprietary MADE FOR MORE message through motivational speaking, books, online courses, trainings and workshops, social media, counseling services, and community memberships to effectively overcome trials and tribulations and to thrive in their own lives. Under the MADE FOR MORE mark, Manna For Life helps others to discover their unique gifts and purpose or calling in life with a goal of sharing these gifts with others. Manna For Life has generated significant goodwill and customer recognition in the MADE FOR MORE mark thanks to substantial marketing efforts and monetary investment by Manna For Life in promotion and advertising of the MADE FOR MORE mark and MADE FOR MORE-brand goods and services. Manna For Life's marketing, promotional, and advertising efforts have resulted in consumer recognition that the MADE FOR MORE mark identifies Manna For Life as the source of high-quality products and services.

2.     Despite Manna For Life's success and the immense goodwill Manna For Life has generated in its MADE FOR MORE mark, Manna For Life discovered that Rachel Hollis, her husband David Hollis, and their company The Hollis Company, LLC have been promoting motivational speaking events, books (e.g. a journal), movies, apparel, and other related products and services under the MADE FOR MORE mark since 2018.  Since receiving a cease and desist letter and Manna For Life's federal trademark application (which since matured to registration),

Troutman Pepper Hamilton Sanders LLP
11682 El Camino Real
Suite 400
San Diego, CA 92130-2092

Hollis Co. has ignored the request and instead doubled-down on expanding and growing her use of the mark nationally—maximizing off the value of Manna For Life's protected trademark.  Hollis Co.'s MADE FOR MORE brand products and services are confusingly similar to Manna For Life's use of the identical mark, and Hollis Co.'s use is therefore in violation of Manna For Life's rights.

3.     Manna For Life brings this action to stop Hollis Co.'s nationwide infringements of Manna For Life's rights, for damages arising from Hollis Co.'s unlawful conduct, and for preliminary and permanent injunctive relief to prevent Hollis Co. from causing further harm.

## **PARTIES**

4.     Plaintiff Manna For Life is a California corporation with its principal place of business in Del Mar, California.  Manna For Life owns and controls all rights in the MADE FOR MORE trademark.

5.     Defendant The Hollis Company, LLC is a Texas corporation with a previous principal place of business of 6900 Scenic Brook Drive, Austin, Texas, but having registered the corporation in California under filing 202007710231 in March 2020 and on information and belief having relocated all or some of its operations to California.

6.     On information and belief on July 12, 2019, the individual defendants formed the company The Hollis Company, LLC, which Defendant Chic Media, LLC was "merged out" to.  Chic Media, LLC was a member-managed California limited liability company which existed during much of the infringement and was the corporate shell through which the individual Hollis defendants acted until, on information and belief, on or around September 3, 2019, when they assigned their "Made for More" trademark application to Defendant The Hollis Company, LLC. From 2014 until sometime prior to late 2019, Defendants (including Chic Media LLC) resided in San Clemente, California.  The Hollis Company, LLC is the

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

successor in interest, merged-out company, and liable for all acts of Chic Media, LLC.

7.      Defendant Rachel Hollis is Founder of The Hollis Company, LLC (and predecessor company Chic Media, LLC) and resides in Texas.

8.      Defendant David Hollis is CEO of The Hollis Company, LLC (and predecessor company Chic Media, LLC) and resides in Texas.

## JURISDICTION

9.      This action arises under Federal law, the provisions of the Trademark laws of the United States (the Lanham Act), as amended, 15 U.S.C. §§ 1114, 1125(a), and under, *inter alia*, the statutes and common laws of the State of California.

10.     This Court also has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (trademark) because this action arises under the trademark laws of the United States.  In addition, this Court has original subject matter jurisdiction over the state unfair competition claims under 28 U.S.C. § 1338(b), as they are joined with a substantial and related claim under the federal trademark laws, and supplemental jurisdiction over the state-law claims is present because they arise from the same nucleus of operative facts under 28 U.S.C. § 1367 as to be part of the same case or controversy under Article III of the United States Constitution.

11.     This Court has personal jurisdiction over Defendants because they have extensive minimum contacts with the State of California.  The Hollis Company, LLC, Rachel Hollis as Founder and the face of The Hollis Company, LLC (and predecessor company Chic Media, LLC), and Dave Hollis as Rachel's husband and CEO of The Hollis Company, LLC, have purposefully availed themselves of the privileges and laws of California, directing promotional and marketing efforts for products and services under the infringing MADE FOR MORE mark toward customers who reside in California, selling tickets to the

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

MADE FOR MORE movie to be shown at numerous theaters in California, putting on at least one speaking engagement in 2019 *in San Diego, California* under the MADE FOR MORE mark and at which products were promoted and sold under the MADE FOR MORE mark, and otherwise has continuous and systematic contacts with this state, and knowingly directing intentional trademark infringement at Manna For Life as a California corporation with its headquarters, brunt of harm, and trademark home situs being in California and on information and belief for the purpose of benefiting from the goodwill developed by Manna For Life in the infringed mark—intending both for the mark's use to benefit each and all of them in their profiting from a California-based mark and from targeting the massive California audience.  In addition, until late 2019, on information and belief Defendants resided in San Clemente, California

12.     Venue is proper in this judicial district under 28 U.S.C § 1391 because a substantial portion of the events or omissions giving rise to the claims occurred in this district, and Defendants reside in this district by virtue of being subject to personal jurisdiction in this judicial district by, among others, their repeated availment and direction of their activities toward this district, including, but not limited to, selling tickets to and showing the MADE FOR MORE movie in this district, hosting one or more MADE FOR MORE branded events in San Diego in which products and services are promoted and sold under the MADE FOR MORE mark in this district, and the actions alleged herein.

## GENERAL ALLEGATIONS

13.     Manna For Life is an innovative faith-based leadership company creating relevant educational, inspirational, and visionary programs and events to teach individuals and groups about living more purposeful, fulfilling, and authentic lives by understanding and living out their calling.  At its core is Manna For Life's motivational speaking engagements, online classes, books and merchandise.

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

14.     Manna Ko, CEO and Founder of the Manna Ko Group, Inc., is an entrepreneur, author, business and life strategist, educator, leadership trainer, and counsellor.  Her relevant actions alleged herein were taken on behalf of Manna For Life.

15.     Ms. Ko has authored numerous articles, papers, curricula, and over a dozen books, including her autobiographical novel *Made for More*.  She travels throughout the United States and around the world teaching about and training people in catalytic thinking, specifically, how to change thought behaviors to bring about positive results.

16.     Over the past almost thirty (30) years, Ms. Ko has spoken to over 40,000 people and worked with hundreds of businesses and organizations in more than nine (9) countries, has contributed to numerous educational, disciplinary and advisory boards, and is an Ordained Leader with Third Day Churches.

17.     Manna For Life is the owner of U.S. Trademark Registration No. 6,110,423 for the mark MADE FOR MORE for use on or in connection with "Books in the field of spirituality and self-help; Children's books; Cook books; Religious books; Series of fiction and non-fiction books on a variety of topics" in Class 16 and "Educational and entertainment services, namely, providing motivational speaking services in the field of spirituality, relationship issues, child rearing, health and wellness, business and personal development, leadership and self-help; Educational services, namely, conducting online courses, in person courses, training, coaching, workshops, organizational events in the field of leadership, self-help, personal development, business development, team training, health and wellness, relationship issues, child rearing, and spirituality and distribution of course and educational materials in connection therewith; Entertainment services, namely, providing podcasts in the field of self-help, relationship issues, child rearing, leadership, mentoring, spirituality, and personal

Troutman Pepper Hamilton Sanders LLP
11682 El Camino Real
Suite 400
San Diego, CA 92130-2092

and business growth" in Class 41. A true and correct copy of the certificate of registration is attached as **Exhibit A**.

18.     Manna For Life also owns U.S. Trademark Registration No. 5,679,595 for the mark KNOW YOUR MORE. OWN YOUR MORE. LIVE YOUR MORE. for "Educational and entertainment services, namely, providing motivational speaking services in the field of spirituality, relationship issues and child rearing, health and wellness, business and personal development, leadership and self-help; Educational services, namely, conducting online courses, in person courses, training, coaching, workshops, organizational events in the field of leadership, self-help, personal development, business development, team training, health and wellness, relationship issues and child rearing, and spirituality and distribution of course and educational materials in connection therewith; Personal coaching services in the field of spirituality, business and personal development, leadership and self-help; Educational and entertainment services, namely, a continuing program about life coaching, mentoring, self-help, leadership, health and wellness, business and personal growth and a variety of other lifestyle areas accessible by means of radio, television, computers, tablets and mobile devices; Entertainment services, namely, providing podcasts in the field of self-help, relationship issues and child rearing, leadership, mentoring, spirituality, and personal and business growth" in Class 41. A true and correct copy of the certificate of registration is attached as **Exhibit B**.

19.     Additionally, Manna For Life owns extensive common law rights in the MADE FOR MORE mark dating back to at least as early as 2015 in connection with, among other goods and services, books, online courses, workshops, training seminars, motivational speaking and counselling services.

20.     At least as early as 2014, Manna For Life adopted and began using the MADE FOR MORE mark when Manna Ko named her autobiographical novel *Made for More.*

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

21.     Since that date, Manna For Life has continuously and exclusively used the MADE FOR MORE mark alone, with other terms, and with various designs and stylizations in connection with books, motivational speaking, online courses, trainings and workshops, counselling services, and community memberships throughout the United States and globally.

22.     Manna For Life owns over twenty-one (21) domain name registrations for domains that incorporate the MADE FOR MORE mark, almost all of which were registered in 2014 and 2015.

23.     Before the release of the *Made for More* autobiography in 2015, Manna Ko began traveling around the United States and globally delivering her proprietary MADE FOR MORE branded message of 4 Fundamental Principles at events and workshops and to private groups. In delivering her MADE FOR MORE message on behalf of Manna For Life, Ms. Ko has and continues to lead and inspire others with the MADE FOR MORE-branded message.  Manna For Life's tools and motivation lead others to effectively overcome trials and tribulations and to thrive in their own lives, helping them discover their unique gifts and purpose or calling in life with a goal of sharing these gifts with others.

24.     Throughout the motivational speaking engagements and messaging of Manna For Life, the MADE FOR MORE trademark has been and continues to be used as a source identifier prominently in both printed presentation materials and in the presentations themselves. Manna For Life, including through Manna Ko, has continued consistently to make these interstate presentations under the MADE FOR MORE mark since the release of the *Made for More* book, and Manna Ko regularly speaks on behalf of Manna For Life across the country.  And the marketing and promotion of these engagements and related online materials is consistently under the MADE FOR MORE brand.

25.     Since 2015, Manna For Life, through Ms. Ko, has consistently and repeatedly delivered its motivational speaking services under the MADE FOR

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

MORE mark to groups in numerous states, including by way of example, but not limited to, Arizona, Oregon, New Mexico, Washington, California, and Minnesota. *See* copies of flyers and confirmation/reminder emails attached as **Exhibit C**.

26.     Presales and marketing activities for the *Made for More* book in 2015, leading to the *Made for More* book release in September 2015.  The book was offered for sale and sold on Amazon.com starting October 19, 2015.  *See* screenshot of Amazon purchasing page attached as **Exhibit D**.

27.     At the same time as the *Made for More* book release, Manna For Life also released a MADE FOR MORE book trailer (similar to a movie trailer) to promote the *Made for More* book.

28.     Shortly after the *Made for More* book release, Manna For Life produced and promoted the *Made for More* audiobook, which enlisted over twenty-four (24) actors playing 120 different roles and had at least 200 sound effects and a musical score.  This was promoted as an audio movie, due to the complexity and extent of the production.

29.     In 2016, Manna For Life promoted and released the *Made for More* audiobook trailer.

30.     Also in 2016, Manna For Life released the second MADE FOR MORE book, *I am Made for More*, which includes original artwork, carefully chosen passages from the *Made for More* book, and writing prompts to inspire users to tell their own MADE FOR MORE stories.  *See* screenshot of Amazon purchasing page attached as **Exhibit E**.  With the release of *I am Made for More*, Manna For Life created the MADE FOR MORE book series.

31.     Since 2017, Manna For Life has added to its MADE FOR MORE book series by releasing several more MADE FOR MORE books authored by Manna Ko.  *See* attached **Exhibit E-1**.

32.     In 2015 and 2017, Manna For Life promoted and offered online courses under the MADE FOR MORE mark to teach others how to tell their

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

MADE FOR MORE stories. *See* emails related to the MADE FOR MORE online course attached as **Exhibit F**.

33.     By no later than 2018, Manna For Life created the MADE FOR MORE community membership, MADE FOR MORE Happy Place.  With a payment of $10, $35, or $75/month, members have access to the MADE FOR MORE community and receive daily prophetic messages, downloads, ebooks, personalized calls with Manna Ko, and discounts on workshops, training and events, and other products and merchandise. *See* attached **Exhibit G.**  This includes apparel and other merchandise, such as the below shirt:



34.     Due to the wide-spread promotion and popularity of the *Made for More* books and associated MADE FOR MORE-branded online courses, workshops, and events, the *Made for More* books are now available for purchase in fourteen (14) countries and Manna Ko is invited to speak at events globally to teach others how to tell their MADE FOR MORE stories.

35.     Manna For Life owns and operates a website at www.mannaforlife.com, where it prominently displays the valuable MADE FOR MORE mark, and promotes its goods and services.  *See* attached **Exhibit H.**  Furthermore, Manna For Life is the registered owner of twenty-one (21) domain

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

names incorporating the designation MADE FOR MORE, almost all of which were purchased in 2014 and 2015.

36.     Manna For Life's MADE FOR MORE brand is widely-promoted and known across the U.S., and strengthened further because Manna For Life actively promotes its MADE FOR MORE mark and MADE FOR MORE-branded goods and services via social media platforms, including Facebook, Instagram, Twitter, YouTube, and Pinterest.  *See* attached **Exhibit I**.

37.     Thanks to its substantial marketing efforts, monetary investment in promotion and advertising, and hard-earned reputation of the MADE FOR MORE mark and MADE FOR MORE-brand goods and services, Manna For Life has generated significant goodwill and customer recognition in the MADE FOR MORE mark.

38.     Manna For Life's marketing, promotional, and advertising efforts have resulted in consumer recognition that the MADE FOR MORE mark identifies Manna For Life as the source of high-quality products and services.  The MADE FOR MORE mark is distinctive of Manna For Life's products and services and is well-known throughout the United States.

39.     Manna For Life has not abandoned the mark as to any of the above services.

## Hollis Co.'s Wrongful Conduct Involving the MADE FOR MORE Mark

40.     Rachel Hollis is an American author, motivational speaker, entrepreneur, and blogger. She founded The Hollis Company, LLC, in which her husband, Dave Hollis, is CEO, and which is described as a lifestyle brand that, according to https://thehollisco.com/pages/about-us, "arm[s] people with the tools to make positive and lasting change. . . . [by] creating media, products, inspiration and community that challenge[s its] audience to reach for a better version of themselves every day."  *See* screenshot from thehollisco.com website as **Exhibit J**.

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

41.     Rachel Hollis promotes her lifestyle brand on multiple social media platforms and currently has almost 2 million followers on Instagram and Facebook each, and reports that each of her posts average about 55k "likes".  She promotes herself as a New York Times best-selling author who has written three self-help novels and two cookbooks, produced and starred in a documentary film, has a popular personal development podcast, and oversees a motivational speaking circuit that attracts thousands of attendees to each conference.  Not content with her own brand, Hollis Co.—run by the then-husband and wife team of the individual defendants named herein—adopted the MADE FOR MORE mark in connection with promoting Hollis Co.'s products and services in 2018.

42.     In January 2018, the documentary film *Made for More*, produced by and starring Rachel Hollis and Dave Hollis and filmed at The Hollis Company, LLC, was released.  Themed similar (at its broadest level) with Manna for Life's MADE FOR MORE focus, the film was promoted as offering tools to help one discover the best version of themselves.  The *Made for More* documentary was shown in theaters all over the United States and is still available to view on Amazon.com.  The result has been to bury Manna for Life's Google MADE FOR MORE search results and Amazon pages, confirming the substantial revenues Defendants have realized from their infringing activity.

43.     Also in 2018, Hollis Co. began marketing a series of motivational speaking events that were held in cities all over the U.S. and hosted by Rachel Hollis.  Departing from her book title "Girl, Wash Your Face," by no later than 2019, she began using used the very different brand "MADE FOR MORE" for these motivational speaking events as well as selling apparel such as hats and shirts, journals, tote-bags, and jewelry under the MADE FOR MORE mark.  Hollis Co. also created a private Facebook group called Made For More, the purpose of which is to inspire personal growth and self-awareness.  The "Made for More" Facebook group currently has almost 150k members.

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

44.     On June 21, 2018, The Hollis Company, LLC filed a U.S. trademark application for the mark MADE FOR MORE for "jewelry, namely, bracelets and pins, inspired by public figure and influencer Rachel Hollis" in Class 14, "apparel, namely, hats, inspired by public figure and influencer Rachel Hollis" in Class 25, and "entertainment services, namely, live event series featuring inspiring stories of women at a 2-day personal development conference led by public figure and influencer Rachel Hollis" in Class 41, claiming a date of first use in interstate commerce for all three classes as January 1, 2018 (Application Serial No. 88/008,759).  However, on information and belief, the first use date was not in fact until at least Summer 2018.  A printout from TESS is attached as **Exhibit K**.

45.     This application was filed *after* Manna For Life's MADE FOR MORE trademark application, and engaged in the blatant tactic of attempting to slide past the examiner by actually inserting in the description of goods and services the phrase "public figure and influencer Rachel Hollis."  No matter, the USPTO saw through this ineffective tactic, and Application Serial No. 88/008,759 was promptly suspended on October 12, 2018 pending registration of Plaintiff's U.S. trademark registration for the same mark in Classes 16 and 21 on the grounds that the mark is likely to cause confusion with Manna for Life MADE FOR MORE mark. *See* Suspension Letter for Application Serial No. 88/008,759 attached as **Exhibit L**.

46.     Once Manna For Life became aware of Hollis Co.'s unauthorized use of the MADE FOR MORE mark for identical and related products and services, Manna For Life sent a cease and desist letter dated January 30, 2019, requesting that Hollis Co. immediately cease and forever desist from using the MADE FOR MORE mark in connection with its lifestyle-brand business, further notifying Defendants that Manna For Life and Hollis Co. were targeting the same customers, including, but not limited to those customers in California.  A true and correct copy of the cease and desist letter dated January 30, 2019 is attached as **Exhibit M**.

47.     Since at least as early as October 12, 2018, when the United States Patent and Trademark Office issued the Suspension Letter attached as **Exhibit L**, Hollis Co. had actual notice of Manna For Life's prior rights in the MADE FOR MORE mark, which was further confirmed by Defendant's receipt and acknowledgment of Manna For Life's cease and desist letter that was dated January 30, 2019.  On information and belief, Hollis Co. filed its trademark application using a description of services designed with reference to, and designed to avoid detecting the likely confusion with, Manna For Life 's then-pending application— which application confirmed that Manna For Life had been using the mark since well before Hollis Co.

48.     Notwithstanding Hollis Co.'s actual notice of Manna For Life's senior rights in the MADE FOR MORE mark and Manna For Life's request that Hollis Co. cease using the MADE FOR MORE mark, Defendants continued to promote their lifestyle branded products and services around the country (and beyond) under the MADE FOR MORE mark, willfully trading of Manna for Life's goodwill in the MADE FOR MORE brand, including to customers in the State of California. Given Manna for Life's reputation extends into Canada, the damage felt internationally was particularly acute, leading to instances of actual confusion and reported tarnishment due to association.  In fact, after notice, Hollis Co. extensively expanded its use of the infringing mark.

49.     Examples of the infringement, in addition to those noted above include clothing with the infringing mark, particularly damaging given that each shirt worn in public is seen and read by hundreds or even thousands of people, creating a massive amount of infringing footprint from the clothing alone.  This includes QVC (indirect or contributory infringement) pages from 2019 and even September 8, 2020, and Defendants' website screenshots from 2019, and other merchandise sold by Defendants (including social media posts dating back to late 2018):

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

## Website screenshots



  



 

## Social media example



## QVC examples



TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28




**Best Seller**

Rachel Hollis Ltd. "Made for More" Sweatshirt

$33.28   $56.00

or 3 Easy Pays of $11.09

40% Off

More Colors Available

/ / /

/ / /

/ / /



50.     While ignorance of the law is no excuse, Defendants lacked even such irrelevant excuse.  On information and belief, as Defendant David Hollis touts himself as a former Disney executive, he was familiar with trademark law rules and knew or should have immediately known upon notice that Hollis Co. had no lawful right to make trademark use of the same exact mark as senior user Manna For Life. At all relevant times, Defendants intended to and did intend to capitalize on the MADE FOR MORE mark as a brand and for broad commercial purposes, including merchandise, motivational speaking, and other goods and services.

51.     Manna For Life's date of first use in commerce of the MADE FOR MORE mark in connection with books, motivational speaking engagements, and personal development and self-help precedes Hollis Co.'s date of first use in commerce of the identical MADE FOR MORE mark for identical and related products and services by almost three years.  Furthermore, Manna For Life's federal application to register the MADE FOR MORE mark in Classes 16 and 41 precedes Hollis Co.'s application to register the same mark, and Hollis Co.'s notice of application and bad faith application cuts off any potential assertion of the attempt to somehow acquire common law rights.  To the contrary, it is Manna For

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

Life that acquired substantial common law rights under state law by virtue of Manna For Life's nationwide use in commerce of the MADE FOR MORE mark, including in the State of California.  And Manna For Life's registration entitles it to nationwide ownership as of its first-use date recorded with the USPTO (2015) in light of its issued registration.  Therefore, Manna For Life has priority of rights to use and enforce the MADE FOR MORE mark against Hollis Co.

52.     All elements of prior use and priority of rights of Section 15 of the Lanham Act, 15 U.S.C. § 1065, are met by Manna For Life.

53.     Neither Rachel nor Dave Hollis, nor The Hollis Company, LLC, have acquired the rights to use the MADE FOR MORE mark from Manna For Life.  Their use was not in good faith, and was a commercial use for commercial purposes.

54.     Upon information and belief, Defendants intentionally, willfully, and knowingly adopted the MADE FOR MORE mark, which is confusingly similar to Manna For Life's MADE FOR MORE mark, and did so with knowledge and total disregard for Manna For Life's prior trademark rights.  On information and belief, at least the following evidence of willfulness exists, including what many third parties have documented as history of plagiarism and copying without attribution, copies of exemplative third-party articles on the topic being attached as **Exhibit N**:

(a)     The title of her 2019 book is a close copy of a popular book released 2 years earlier:

/ / /

/ / /

/ / /

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092





(b)     Defendants' publicly-promoted content is promoted as Rachel Hollis's own motivational messages when in fact much of it is creative statements of others without attribution, and at most inconsequential Thesaurus-level changes or other minor modifications, for example:





"WHEN YOU REALLY WANT
SOMETHING, YOU WILL FIND
A WAY. WHEN YOU DON'T
REALLY WANT SOMETHING,
YOU'LL FIND AN EXCUSE."

        - RACHEL HOLLIS



"If you really want to do something, you'll find a way. If you don't, you'll find an excuse." -- Jim Rohn

10:30 PM · Sep 7, 2014 · Facebook

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092









1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092









TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

(c)     To redirect online self-improvement health and wellness interest online to themselves, when Defendants launched "the RISE app" they did so with a promotional statement promoting it as a "judgment-free zone" saying the "app price is $9.99 a month – way less than any gym membership," while Planet Fitness's federally-trademarked slogan is "The Judgment Free Zone®" and promotes a membership price of $9.99.

55.     Defendants' promotion of apparel and jewelry and the motivational speaking engagements under the MADE FOR MORE mark was, is and will continue to be likely to cause confusion, or to cause mistake, or to deceive and mislead as to the source, origin, sponsorship or approval of Defendants' products

and services, and suggests that Defendants or their products and services have an affiliation, sponsorship with or approval by Manna For Life, which they do not have.  The continued use and expansion of mark usage for services and goods far beyond the use as a mere title, including after notice of infringement and rejection of a trademark application for reasons of likely confusion, constitutes bad faith usage, intentional trading off the goodwill of the exact same mark used by Manna For Life for overlapping services and audiences, and was and is intended to cause actual deception.  Manna for Life has suffered substantial damage from the infringement, including lost event bookings due to the confusion and negative association with Defendants.

56.    Defendants' use of the MADE FOR MORE mark in connection with their lifestyle brand is damaging and causing irreparable harm to Manna For Life, and unless enjoined, Defendants' confusing and deceptive misuse of Manna For Life's reputable MADE FOR MORE mark will continue to damage and irreparably harm Manna For Life as well as the consuming public.

57.    The damages have been particularly aggravated by tarnishment in recent months by the inconsistent messaging of Hollis Co. and its two principals Rachel and David Hollis.  Particularly, in the midst of promoting a how-to marriage seminar, in a very public filing the couple filed for divorce.  Without intending to impugn the act of divorce in many contexts, it can certainly be said that a couple toting their marriage as the ideal for Rachel Hollis's audience to emulate, and charging **$2500** per couple for the privilege of attending weekend marriage conferences to learn their secrets to success, should not be promoting such Hollis-lead marriage seminars when they are on the brink of and now getting a divorce.  In fact, their promotion of the marriage retreats continued up to one week before their divorce announcement, in which they admitted having large issues for years and indicating they should have divorced years ago.  A large segment of the public familiar with the matter came out immediately and strongly denouncing the

Troutman Pepper Hamilton Sanders LLP
11682 El Camino Real
Suite 400
San Diego, CA 92130-2092

development.  The purported strength of their marriage was a key feature of Rachel Hollis' presentations.  Now, because the market was flooded by Hollis Co.'s years of use of MADE FOR MORE branding associated (at least in part) with Rachel and David Hollis's marriage, the consuming public has become overwhelmed with the inevitable tarnishment that this recent revelation has caused due to its association with the infringing MADE FOR MORE mark.

58.    Rachel Hollis made substantial public appearances associating with the MADE FOR MORE mark, and continues to do so to this day.  This included podcasts, Good Morning America, Oprah, and a talk with Tony Robbins, just to name a few.

### FIRST COUNT
### TRADEMARK INFRINGEMENT
### UNDER THE LANHAM ACT IN VIOLATION OF 15 U.S.C. § 1114

59.    Manna For Life repeats and re-alleges all allegations in this Complaint as if fully set forth herein.

60.    Manna For Life is the owner of the MADE FOR MORE mark, which is a federally registered, valid, inherently distinctive, and protectable trademark. Manna For Life has priority of use of the distinctive MADE FOR MORE mark as to Hollis Co.

61.    Hollis Co. has used, authorized and/or directed the use of the MADE FOR MORE mark in connection with the promotion, sale, offering for sale, distribution or advertising of goods and/or services.  The marks are identical and used in the promotion, sale and advertisement of identical and related personal development and self-help products and services, are targeted at the same audience, and Hollis Co.'s adoption of the MADE FOR MORE mark for its lifestyle brand of products and services was willful and with reckless disregard as to the likelihood of confusion.

62.    Hollis Co. directed the use of the MADE FOR MORE mark despite knowing that Manna For Life owns the rights to the MADE FOR MORE mark, and

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

on information and belief, at least in part *because* of that prior use and success by Manna For Life.

63.     Hollis Co.'s use of the MADE FOR MORE mark has caused confusion in the marketplace, is likely to cause both confusion and mistake, and is likely to deceive consumers or result in the belief that Hollis Co. is legitimately connected with, sponsored by, affiliated with, or licensed or approved by, Manna For Life.  The mark used by Hollis Co. is identical in sound, appearance, and meaning to Manna For Life's trademark, is used for identical and related goods and services, and is targeted to the same customers via the same promotional channels.

64.     Such use was done willfully and with knowledge that such use would and was likely to cause confusion and deceive the relevant audience.  Hollis Co. was also counting on the reverse confusion flooding the market, overpowering Manna for Life, and ultimately hopeful that it would simply force Manna for Life as the senior user to abandon its superior trademark rights to Hollis Co.

65.     As a direct and proximate result of Hollis Co.'s trademark infringement, Manna For Life has been damaged within the meaning of 15 U.S.C. § 1114 *et seq.*  Manna For Life has been damaged by both forward and reverse confusion.

66.     Manna For Life has suffered damages in an amount to be established after proof at trial or in the statutory amount.  Statutory damages are also justified from the date of Manna For Life's June 14, 2018 application date, because Hollis Co. had notice of the application and its senior rights and knew as of that date that her use was infringing a mark that would eventually mature into a registered mark. Notably, Hollis Co. did not file any opposition to Manna For Life's application, even though it was cited in suspension of Hollis Co.'s MADE FOR MORE application.  Statutory damages up to the maximum for willful infringement are warranted.

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

67.    Manna For Life is further entitled to disgorge Hollis Co.'s profits for its willful sales and unjust enrichment.  Such disgorgement is necessary due to willful infringement, unjust enrichment and/or to deter future infringement by Hollis Co. and similarly-situated junior users including under the guidance of the recent Supreme Court explication of profit disgorgement in *Romag Fasteners, Inc. v. Fossil, Inc.,* 590 U.S. ___ (2020).

68.    This case qualifies as an "exceptional case" within the meaning of 15 U.S.C. § 1117(a) in that Hollis Co.'s acts were malicious, deliberate and willful, and taken in bad faith, entitling Manna For Life to its attorney's fees and an enhancement of damages, including a trebling of its damages and/or disgorged profits.  Despite actual notice of Manna For Life's prior and extensive use and federal application in the MADE FOR MORE mark, Hollis Co. continued use of the infringing mark for identical products and services.  Such usage has continued even after Manna For Life's MADE FOR MORE mark was successfully registered with the USPTO.

69.    As a direct result of Hollis Co.'s willful and unlawful actions, Manna For Life has suffered and continues to suffer irreparable harm and damages, including damage to and diminution in value of the MADE FOR MORE mark, necessary corrective advertising, lost sales, tarnishment, and loss of brand control. Manna For Life's remedy at law is not adequate to compensate for injuries inflicted by Hollis Co.  Thus, Manna For Life is entitled to temporary, preliminary and permanent injunctive relief.

## SECOND COUNT
## FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN UNDER THE LANHAM ACT IN VIOLATION OF 15 U.S.C. § 1125

70.    Manna For Life repeats and re-alleges all allegations in this Complaint as if fully set forth herein.

71.    Manna For Life is the owner of the MADE FOR MORE mark.

72.     Hollis Co.'s use of the MADE FOR MORE mark has caused confusion in the marketplace, is likely to cause both confusion and mistake, and is likely to deceive consumers or result in the belief that Hollis Co. is legitimately connected with, sponsored by, or licensed or approved by, Manna For Life; the mark used by Hollis Co. is identical in sound, appearance and meaning to Manna For Life's trademark, is used for identical and related goods and services, and is targeted to the same customers via the same promotional channels.

73.     Such use was done willfully and with knowledge that such use would and was likely to cause confusion and deceive the relevant audience.

74.     As a direct and proximate result of Hollis Co.'s trademark infringement and false designation of origin, Manna For Life has been damaged within the meaning of 15 U.S.C. § 1125(a).

75.     Manna For Life has suffered damages in an amount to be established after proof at trial.

76.     Manna For Life is further entitled to disgorge Hollis Co.'s profits for its willful sales and unjust enrichment.  In addition, disgorgement is warranted to deter further infringement by Hollis Co. and others similarly situated.

77.     This case qualifies as an "exceptional case" within the meaning of 15 U.S.C. § 1117(a) in that Hollis Co.'s acts were malicious, deliberate and willful, and taken in bad faith, entitling Manna For Life to its attorney's fees and an enhancement of damages, including a trebling of its damages and/or disgorged profits.

78.     As a direct result of Hollis Co.'s willful and unlawful actions, Manna For Life has suffered and continues to suffer irreparable harm, including damage to and diminution in value of the MADE FOR MORE mark.  Manna For Life's remedy at law is not adequate to compensate for injuries inflicted by Hollis Co.  Thus, Manna For Life is entitled to temporary, preliminary and permanent injunctive relief.

Troutman Pepper Hamilton Sanders LLP
11682 El Camino Real
Suite 400
San Diego, CA 92130-2092

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

### THIRD COUNT
### COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

79.   Manna For Life repeats and re-alleges all allegations in this Complaint as if fully set forth herein.

80.   Manna For Life has federal and common law trademark rights throughout the entire United States to the MADE FOR MORE mark, including, but not limited to under the common law of the State of California.

81.   Hollis Co. has committed acts of unfair competition, including trademark infringement, unlawful business practices and related misconduct referred to in this Complaint.  These actions constitute unlawful, unfair or fraudulent business acts or practices, and/or unfair, deceptive, untrue or misleading business practices.  The actions cause confusion or misunderstanding as to the source, sponsorship, approval, or certification of goods or services and were done in connection with sales or advertising.  These actions were intentional and knowing acts of infringement through use of the MADE FOR MORE mark.

82.   As a direct and proximate result of Hollis Co.'s wrongful acts, Manna For Life has suffered and continues to suffer substantial pecuniary losses and irreparable injury to its business reputation and goodwill.  As such, Manna For Life's remedy at law is not adequate to compensate for injuries inflicted by Hollis Co.  Accordingly, Manna For Life is entitled to temporary, preliminary and permanent injunctive relief.

83.   By reason of such wrongful acts, Manna For Life is, was, and will be in the future, deprived of, among other damages, the profits and benefits of business relationships, agreements, and transactions with various third parties and/or prospective business relationships.  Hollis Co. has wrongfully obtained profit and benefits instead of Manna For Life.  Manna For Life is entitled to compensatory damages and disgorgement of Hollis Co.'s said profits in an amount to be proven at trial.  In addition, profits should be disgorged as deterrence, for willful

infringement, and unjust enrichment.  The damages and/or profits awarded should be enhanced or trebled.

84.     Such acts as those alleged above were done with malice and oppression, thus entitling Manna For Life to exemplary and punitive damages for common law unfair competition and trademark infringement.

85.     Manna For Life is entitled to its reasonable attorneys' fees under California state law.

### <u>PRAYER FOR RELIEF</u>

WHEREFORE, Manna For Life demands the following relief for each cause of action unless otherwise noted:

1.     A judgment in favor of Manna For Life and against Hollis Co. on all counts;

2.     A preliminary and permanent injunction from trademark infringement and unfair business practices by Hollis Co.;

3.     Damages in an amount to be determined at trial, including Plaintiff's right to elect statutory damages;

4.     Hollis Co.'s unjust enrichment and/or disgorgement of Hollis Co.'s profits, all enhanced including trebling;

5.     Trebling of damages for willful infringement, unfair competition, and dilution;

6.     Exemplary and punitive damages;

7.     Pre-judgment interest at the legally allowable rate on all amounts owed;

8.     Costs and expenses;

9.     Attorney's fees and other fees under, among others, 15 U.S.C. § 1117(a) and (b) *et seq*. as an exceptional case;

10.     Restitution; and

11.     Such other and further relief as this Court may deem just and proper.

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

# **DEMAND FOR JURY TRIAL**

Manna For Life hereby demands a trial by jury on all issues triable pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.


Dated:        September 13, 2020                TROUTMAN PEPPER HAMILTON
                                                SANDERS LLP


                                                By: s/*Ben Lewis Wagner*
                                                _____
                                                Ben Lewis Wagner
                                                Attorneys for Plaintiff
                                                THE MANNA KO GROUP, INC.

## TABLE OF EXHIBITS

| Exhibit No. | Page No. |
|:-----------:|:--------:|
| A | 1 |
| B | 3 |
| C | 5 |
| D | 12 |
| E | 13 |
| E-1 | 14 |
| F | 19 |
| G | 24 |
| H | 30 |
| I | 44 |
| J | 53 |
| K | 57 |
| L | 59 |
| M | 67 |
| N | 69 |

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092