William C. Haggerty, Esq., Bar No. 76652
bill@fwhb.com
Katherine M. Harwood, Esq., Bar No. 225202
kharwood@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center, Twenty-Seventh Floor
Long Beach, California 90831-2700
Tel. (562) 983-2500; Fax (562) 590-3573

Carl C. Butzer, Esq., Bar No. 03545900 (Pro Hac Vice)
cbutzer@jw.com
Shannon Zmud Teicher, Esq., Bar No. 24047169 (Pro Hac Vice)
steicher@jw.com
JACKSON WALKER, L.L.P.
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Tel. (214) 953-5902; Fax (214) 661-6609

Attorneys for Defendants, THE HOLLIS COMPANY, LLC;
RACHEL HOLLIS and DAVID HOLLIS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MANNA KO GROUP, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> THE HOLLIS COMPANY, LLC, a Texas corporation; RACHEL HOLLIS, an Individual; and DAVID HOLLIS, an Individual, <br><br> Defendants. | Case No. 3:20-CV-1798-WQH (MSB) <br><br> **JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER AND ESI ORDER** <br><br> [*Filed concurrently with [Proposed] Orders*] <br><br> Complaint filed:   Sept. 13, 2020 |

**WHEREAS** Plaintiff **MANNA KO GROUP, INC.** and Defendants **THE**

1  **HOLLIS COMPANY, LLC, RACHEL HOLLIS and DAVID HOLLIS** (together, the "Parties") have stipulated to the terms of a proposed protective order to govern the production of confidential and proprietary information in this action;

**WHEREAS** a copy of the stipulated proposed protective order, in the form agreed upon by the Parties, is being submitted to the Court via electronic mail, consistent with the local rules of the Court and attached hereto as Exhibit A;

**WHEREAS** the Parties have stipulated to a proposed Agreed Production Protocol, a copy of which is attached hereto as Exhibit B and is being submitted to the Court via electronic mail, consistent with the local rules of Court;

**THEREFORE**, the Parties, by and through their undersigned counsel, jointly request and hereby move for the entry of a Protective Order regarding confidential information in this matter in the form set forth in the proposed protective order submitted to the Court, or as otherwise deemed appropriate by the Court, as well as entry of a production protocol order in the form set forth in the proposed Agreed Production Protocol, or as otherwise deemed appropriate by the Court.

Dated:  January 26, 2021

        Respectfully submitted,

        **FORD, WALKER, HAGGERTY & BEHAR**

        BY: /s/ *William C. Haggerty*
           WILLIAM C. HAGGERTY
           KATHERINE M. HARWOOD
           Attorneys for Defendants,
           THE HOLLIS COMPANY, LLC;
           RACHEL HOLLIS and DAVID HOLLIS

///
///
///
///

| | |
|---|---|
| 1 | |
| 2 | **JACKSON WALKER, LLP** |
| 3 | |
| 4 | BY:  /s/ *Shannon Zmud Teicher* |
| 5 |     CARL C. BUTZER |
| 6 |     SHANNON ZMUD TEICHER |
|   |     Attorneys for Defendants, |
| 7 |     THE HOLLIS COMPANY, LLC; |
|   |     RACHEL HOLLIS and DAVID HOLLIS |

Dated:  January 26, 2021        **TROUTMAN PEPPER HAMILTON SANDERS LLP**

BY: */s/Ben Lewis Wagner*
BEN LEWIS WAGNER
Attorneys for Plaintiff,
THE MANNA KO GROUP, INC.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ben Lewis Wagner, counsel for Plaintiff, and that I have obtained Mr. Wagner's authorization to affix his electronic signature to this document.

Dated:  January 26, 2021                    JACKSON WALKER LLP

                                            By: /s/ *Shannon Zmud Teicher*
                                                Shannon Zmud Teicher

PROOF OF SERVICE BY MAIL – F.R.Civ.P. 5
Manna Ko Group v. Hollis Group
USDC Case No.: 3:20-cv-1798-WQH (MSB)
1MM20 020

UNITED STATES DISTRICT COURT         )
                                                                    )
SOUTHERN DISTRICT OF CALIFORNIA  )

      I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: One World Trade Center, Twenty-Seventh Floor, Long Beach, California   90831-2700

      On January 26, 2021 I served the within: JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER AND ESI ORDER [Filed concurrently with [Proposed] Orders] on the interested parties in said action,

**SEE ATTACHED SERVICE LIST**

____ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP5(b);

____ by depositing it in the United States Mail at Long Beach, California, in a sealed envelope with the postage fully prepaid to the following;

__X__ (BY ELECTRONIC SERVICE) I caused such document to be Electronically Served on all parties through the CM/ECF United States District Southern District Court website, for the above-entitled case. This service complies with CCP § 1010.6. The file transmission was reported as complete and a copy of the "Filing Receipt" page will be maintained with the original document in our office.

____ I hereby certify that I am a member of the Bar of the United States District Court, Southern District of California.

__XX__ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

__XX__ I hereby certify under the penalty of perjury that the foregoing is true and correct.

      Executed on January 26, 2021 at Long Beach, California.

                      *Diana Boyadjian*
                        Diana Boyadjian

Manna Ko Group v. Hollis Group
USDC Case No.:  3:20-cv-1798-WQH (MSB)
1MM20 020

**Mailing List**

**Attorneys for Plaintiff THE MANNA KO GROUP, INC., a California corporation**

Ben Lewis Wagner, Esq., SBN 243594
Troutman Pepper Hamilton Sanders, LLP
11682 El Camino Real, Suite 400
San Diego, California   92130-2092

(619) 200-6947 (cell-best number to reach)
(858) 509-6010 (direct dial)
(858) 509-6000 (main-office)
(858) 509-6040 (facsimile)

Ben.wagner@troutman.com

Oscar Figueroa, Esq., SNB 313238
Troutman Pepper Hamilton Sanders, LLP
5 Park Plaza, Suite 1400
Irvine, California 92614-2545

(949) 622-2700 (telephone)
(949) 622-2739 (facsimile)

oscar.figueroa@troutman.com