William C. Haggerty, Esq., Bar No. 76652
bill@fwhb.com
Katherine M. Harwood, Esq., Bar No. 225202
kharwood@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center, Twenty-Seventh Floor
Long Beach, California 90831-2700
Tel. (562) 983-2500 telephone; Fax (562) 590-3573

Carl C. Butzer, Esq., Bar No. 03545900 (Pro Hac Vice)
cbutzer@jw.com
Shannon Zmud Teicher, Esq., Bar No. 24047169 (Pro Hac Vice)
steicher@jw.com
JACKSON WALKER, L.L.P.
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Tel. (214) 953-5902; Fax (214) 661-6609

Attorneys for Defendants, THE HOLLIS COMPANY, LLC; RACHEL HOLLIS and DAVID HOLLIS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MANNA KO GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>Vs.<br><br>THE HOLLIS COMPANY, LLC, a Texas corporation; RACHEL HOLLIS, an Individual; and DAVID HOLLIS, an Individual,<br><br>Defendants. | Case No. 3:20-cv-1798-WQH (MSB)<br><br>**DEFENDANTS' NOTICE OF PARTIES WITH FINANCIAL INTEREST**<br><br>[Civ. L.R. 40.2] |

Pursuant to Local Rule 40.2, Defendants THE HOLLIS COMPANY, LLC, RACHEL HOLLIS, AND DAVID HOLLIS provide the following notice of interested

parties:

    The following parties have a financial interest in the outcome of this case:

1. The Hollis Company, LLC;
2. Rachel Hollis;
3. David Hollis.

Dated:  January 26, 2021

                        Respectfully submitted,

**FORD, WALKER, HAGGERTY & BEHAR**

BY:  /s/ *William C. Haggerty*
WILLIAM C. HAGGERTY
KATHERINE M. HARWOOD
Attorneys for Defendants,
THE HOLLIS COMPANY, LLC; RACHEL HOLLIS and DAVID HOLLIS

**JACKSON WALKER, LLP**

BY:  /s/ *Shannon Zmud Teicher*
CARL C. BUTZER
SHANNON ZMUD TEICHER
Attorneys for Defendants,
THE HOLLIS COMPANY, LLC; RACHEL HOLLIS and DAVID HOLLIS

DEFENDANTS' NOTICE OF PARTIES WITH FINANCIAL INTEREST

PROOF OF SERVICE BY MAIL – F.R.Civ.P. 5
Manna Ko Group v. Hollis Group
USDC Case No.: 3:20-cv-1798-WQH (MSB)
1MM20 020

UNITED STATES DISTRICT COURT    )
                                )
SOUTHERN DISTRICT OF CALIFORNIA )

      I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: One World Trade Center, Twenty-Seventh Floor, Long Beach, California   90831-2700

      On January 26, 2021 I served the within: DEFENDANTS' NOTICE OF PARTIES WITH FINANCIAL INTEREST [Civ. L.R. 40.2] on the interested parties in said action,

**SEE ATTACHED SERVICE LIST**

\_\_\_\_ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP5(b);

\_\_\_\_ by depositing it in the United States Mail at Long Beach, California, in a sealed envelope with the postage fully prepaid to the following;

__X__ (BY ELECTRONIC SERVICE) I caused such document to be Electronically Served on all parties through the CM/ECF United States District Southern District Court website, for the above-entitled case. This service complies with CCP § 1010.6. The file transmission was reported as complete and a copy of the "Filing Receipt" page will be maintained with the original document in our office.

\_\_\_\_ I hereby certify that I am a member of the Bar of the United States District Court, Southern District of California.

__XX__ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

__XX__ I hereby certify under the penalty of perjury that the foregoing is true and correct.

      Executed on January 26, 2021 at Long Beach, California.

*Diana Boyadjian*
Diana Boyadjian

1

PROOF OF SERVICE

Manna Ko Group v. Hollis Group
USDC Case No.: 3:20-cv-1798-WQH (MSB)
1MM20 020

**Mailing List**

**Attorneys for Plaintiff THE MANNA KO GROUP, INC., a California corporation**

Ben Lewis Wagner, Esq., SBN 243594
Troutman Pepper Hamilton Sanders, LLP
11682 El Camino Real, Suite 400
San Diego, California   92130-2092

(619) 200-6947 (cell-best number to reach)
(858) 509-6010 (direct dial)
(858) 509-6000 (main-office)
(858) 509-6040 (facsimile)

Ben.wagner@troutman.com

Oscar Figueroa, Esq., SNB 313238
Troutman Pepper Hamilton Sanders, LLP
5 Park Plaza, Suite 1400
Irvine, California 92614-2545

(949) 622-2700 (telephone)
(949) 622-2739 (facsimile)

oscar.figueroa@troutman.com