William C. Haggerty, Esq., Bar No. 76652
bill@fwhb.com
Katherine M. Harwood, Esq., Bar No. 225202
kharwood@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center, Twenty-Seventh Floor
Long Beach, California 90831-2700
(562) 983-2500 telephone
(562) 590-3573 facsimile

Shannon Zmud Teicher, Esq., Bar No. 24047169 (Pro Hac Vice)
steicher@jw.com
Carl C. Butzer, Esq., Bar No. 03545900 (Pro Hac Vice)
cbutzer@jw.com
JACKSON WALKER, L.L.P.
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Tel. (214) 953-5902; Fax (214) 661-6609

Attorneys for Defendants, THE HOLLIS COMPANY, LLC;
RACHEL HOLLIS and DAVID HOLLIS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MANNA KO GROUP, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE HOLLIS COMPANY, LLC, a Texas corporation; RACHEL HOLLIS, an Individual; and DAVID HOLLIS, an Individual,<br><br>　　　　　　Defendants. | Case No. 3:20-CV-1798-WQH (MSB)<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

1

**JOINT MOTION TO DISMISS WITH PREJUDICE**

**COMES NOW** Plaintiff The Manna Ko Group, Inc. ("Plaintiff" or "MKG") and Defendants The Hollis Company, LLC, Rachel Hollis, and David Hollis (collectively, "Defendants" or "Hollis Parties") and together with Plaintiff, the "Parties"), by and through their counsel of record, hereby jointly move this Court for an Order dismissing this case with prejudice.

WHEREAS the Parties entered into a Confidential Settlement Agreement, with no fault ascribed to Defendants;

WHEREAS Rachel Hollis, Dave Hollis, and The Hollis Company have not paid and will not pay any money to Manna Ko Group, Manna Ko, or any other party related to the resolution of this lawsuit or otherwise;

WHEREAS Manna Ko Group has elected to rebrand away from MADE FOR MORE and cancel its related registration.

NOW THEREFORE, the parties hereby agree and stipulate that:

1. All claims and causes of action asserted by MKG against the Hollis Parties, in the captioned cause are dismissed with prejudice to the right to re-file the same in whole or in part;

2. All claims and causes of action asserted by the Hollis Parties against MKG in the captioned cause are dismissed with prejudice to the right to re-file the same in whole or in part.

3. The Parties respectfully request that the Proposed Order Granting Agreed Dismissal with Prejudice be entered by the Court and the case be dismissed with prejudice.

| | |
|---|---|
| Dated: August 27, 2021 | **FORD, WALKER, HAGGERTY & BEHAR** |

        BY:*/s/ Katherine M. Harwood*
         WILLIAM C. HAGGERTY
         KATHERINE M. HARWOOD
         Attorneys for Defendants,
         THE HOLLIS COMPANY, LLC,
         RACHEL HOLLIS, and DAVID HOLLIS

**JACKSON WALKER LLP**

        BY:*/s/ Shannon Zmud Teicher*
         SHANNON ZMUD TEICHER
         CARL C. BUTZER
         DEVANSHI SOMAYA
         Attorneys for Defendants,
         THE HOLLIS COMPANY, LLC,
         RACHEL HOLLIS, and DAVID HOLLIS

| | |
|---|---|
| Dated: August 27, 2021 | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |

        BY:*/s/ Ben Lewis Wagner*
         BEN LEWIS WAGNER
         OSCAR A. FIGUEROA
         Attorneys for Plaintiff,
         THE MANNA KO GROUP, INC.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mr. Wagner, counsel for Plaintiff, and that I have obtained Mr. Wagner's authorization to affix his electronic signature to this document.

Dated: August 27, 2021					JACKSON WALKER LLP

							By: /s/ *Shannon Zmud Teicher*