# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MANNA KO GROUP, INC., a California corporation,<br><br>          Plaintiff,<br><br>v.<br><br>THE HOLLIS COMPANY, LLC, a Texas corporation; RACHEL HOLLIS, an individual; and DAVID HOLLIS, an individual,<br><br>          Defendants. | Case No.:  20-cv-1798-WQH-MSB<br><br>**ORDER** |
| THE HOLLIS COMPANY, LLC, a Texas corporation; RACHEL HOLLIS, an individual; and DAVID HOLLIS, an individual,<br><br>         Counter Claimants,<br><br>v.<br><br>THE MANNA KO GROUP, INC., a California corporation,<br><br>         Counter Defendant. | |

///

HAYES, Judge:

Upon consideration of the parties' Joint Motion to Dismiss with Prejudice (ECF No. 44), and good cause appearing,

IT IS HEREBY ORDERED that (1) all claims and causes of action asserted by The Manna Ko Group, Inc. d/b/a Manna for Life ("MKG") against Rachel Hollis, David Hollis, and the Hollis Company, LLC (collectively, the "Hollis Parties"), in the captioned cause are dismissed with prejudice to the right to re-file the same in whole or in part; and (2) all claims and causes of action asserted by the Hollis Parties against MKG in the captioned cause are dismissed with prejudice to the right to re-file the same in whole or in part.

Rachel Hollis, Dave Hollis, and The Hollis Company have not paid and will not pay any money to Manna Ko Group, Manna Ko, or any other party related to the resolution of this lawsuit or otherwise. The case was dismissed by agreement with no fault ascribed to the Defendants. Manna Ko Group has elected to rebrand away from MADE FOR MORE and cancel its related registration.

The Clerk of the Court shall close the case.

Dated: August 30, 2021

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court